WILLIAM SJOVALL, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. SLATER, Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

VILLAGE OF FREEPORT, Respondent, v. NATIONAL SURETY COMPANY and Others, Appellants, and SPENCER, WHITE & PRENTIS, INC., and NEWARK CONCRETE PIPE COMPANY, Respondents.— No. 1161. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. No. 1162. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ARTHUR J. WALDRON, Appellant, v. CELIA BRAUNSTONE, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CITY MASONS SUPPLY CO., INC., Appellant, v. ZINBAR REALTY CO., INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents, Impleaded with Others, Defendants.*— On reargument, judgment in so far as it concerns the second cause of action reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. The court is of the opinion that the determination was against the weight of the evidence. Findings of fact and conclusions of law inconsistent with this decision are reversed. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur. Settle order on notice. [See 238 App. Div. 861; 239 id. 792.]

MOLLIE B. KEITH, Respondent, v. THE CHEMICAL BANK AND TRUST COMPANY, as Successor Trustee to the UNITED STATES MORTGAGE AND TRUST COMPANY, under a Certain Indenture Made between MINOR C. KEITH and Said UNITED STATES MORTGAGE AND TRUST COMPANY, Appellant, and Others, Defendants.— Order granting motion for an injunction *pendente lite* reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The trustee is responsible for its acts in the administration of the trust estate and will be charged on an accounting if there be improper acts or omissions. Equity should not interfere save where there is proof of fraud or collusion. There is no such proof here. Lazansky, P. J., Young and Hagarty, JJ., concur; Kapper, J., dissents and votes to affirm; Scudder, J., dissents on the ground that the conditions of sale imposed by the trustee unduly restrict bidding and may work gross injustice.